**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JODIE JAMES LOWERY,

                Petitioner,                   Case Number: 2:06-CV-10237

v.

LINDA METRISH,

                Respondent.

_____/

**ORDER TRANSFERRING AMENDED PETITION FOR WRIT OF**
**HABEAS CORPUS TO UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

On January 18, 2006, Petitioner Jodie James Lowery filed a "Motion to Amend

Habeas Petition" and "First Amended Petition."  Approximately two weeks after filing

these documents, Petitioner filed a letter with the court stating that he mistakenly filed

these documents in this court.  He states that he intended to file them in the United

States District Court for the Western District of Michigan, where a habeas corpus

petition, filed on November 28, 2005, is currently pending.  *See Lowery v. Metrish*, Case

No. 2:05-cv-00278.  Petitioner requests that the court transfer the documents filed in

this court to the Western District Court.

The district in which a prisoner files a habeas petition, in the exercise of its

discretion and in furtherance of justice, may transfer the petition to another district court

for hearing and determination.  28 U.S.C. § 2241(d).  Because Petitioner filed these

documents in error in this court, and the petition filed in the Western District was filed

before the petition was filed in this court, the court shall grant Petitioner's request and

transfer this matter to the Western District.

Accordingly, the court orders the Clerk of the Court to transfer the court file to the

Western District of Michigan.


                     S/Robert H. Cleland
                     ROBERT H. CLELAND
                     UNITED STATES DISTRICT JUDGE


Dated:  February 22, 2006


I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, February 22, 2006, by electronic and/or ordinary mail.


                     S/Lisa Wagner
                     Case Manager and Deputy Clerk
                     (313) 234-5522